UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL WELCH,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-2229 (PKC)

11-CR-0568-7 (PKC)

ORDER

P. KEVIN CASTEL, United States District Judge:

On March 15, 2023, Darryl Welch submitted a motion to modify the conditions of his supervised release, which was filed in his criminal case, *United States v. Welch*, No. 11-CR-0568-7 (ECF Nos. 597-99). A duplicate set of the same papers was treated as a motion brought under 28 U.S.C. § 2255 and opened as a new civil action under docket number 23-CV-2229 (PKC). Because this duplicate civil action appears to have been opened in error, the Court directs the Clerk of Court to close the civil action, 23-CV-2229 (PKC), without prejudice to Welch pursuing this relief in his pending motion, *Welch*, No. 11-CR-0568-7 (ECF Nos. 597-99). All further papers submitted for filing in connection with this motion must include only the criminal docket number and will be docketed only in the criminal case.

## CONCLUSION

The Court directs the Clerk of Court to close the civil action, 23-CV-2229 (PKC), without prejudice to Welch pursuing this relief in his pending motion to modify the conditions of his supervised release, *Welch*, No. 11-CR-0568-7 (ECF Nos. 597-99).

Dated:
New York, New York
3-17-23

P. KEVIN CASTEL
United States District Judge